# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| JOSE ANTONIO RODRIGUEZ TORRES, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 6:26-CV-00138-BCW |
| ) | |
| TODD M. LYONS, et al., ) | |
| ) | |
| Respondents. ) | |

## ORDER TO SHOW CAUSE

Pursuant to 28 U.S.C. § 2243, Respondents are ORDERED to show cause on or before **February 23, 2026**, why the Petition for Writ of Habeas Corpus should not be granted. Petitioner shall have three days to file a Reply addressing Petitioner's Response, if he wishes to do so. The Clerk of the Court shall deliver a copy of this Order to:

> United States Attorney's Office
> Attn: Jeffrey Ray
> Charles Evans Whittaker Courthouse
> Room 5510
> 400 E. 9th St.
> Kansas City, MO 64106
> Jeffrey.Ray@usdoj.gov
>
> Sheriff Jim C. Arnott
> Greene County Jail
> 1000 North Boonville Avenue
> Springfield, MO 65802.

IT IS SO ORDERED.

Date: February 20, 2026

/s/ Brian C. Wimes
BRIAN C. WIMES, CHIEF JUDGE
UNITED STATES DISTRICT COURT